STATE OF CONNECTICUT *v.* PHILIP D. KNOTT
(5978)

DALY, NORCOTT and FOTI, Js.

Argued December 13—decision released December 19, 1989

*Michael R. Corsello,* special public defender, with whom, on the brief, was *Randy L. Cohen,* for the appellant (defendant).

*Leah Hawley,* assistant state's attorney, with whom, on the brief, were *Eugene Callahan,* state's attorney, and *Warren Murray,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.